for the District of Arizona

Miss Toni Fly #18658-023
Miss Nevaeh Olivia Knobeloch #14166-025
       Petitioner- Plaintiff-Pro-se

V.

1) Mrs. M. Diaz
2) Mrs. M. Ruiz
3) Mr. E. Fraijo
4) Mrs. Villa
5) Mrs. O. Stone
United States, Et. al.

Case No
   CV-21-506-TUC-SHR-PSOT

Complaint

Emergency


FILED ___ LODGED
RECEIVED ___ COPY
DEC - 6 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

## I Complaint

1) The Plaintiffs in common do hereby Motion the court in this Multi-district and Multi-Jurisdictional Complaint to hear these matters immediatley due to the Defendants Bad faith Misconduct; Excessive use of force upon plaintiffs; Cruel and Unusal Punishments; torture; Denial/Delayed and interference with Medical treatments; Retaliation; Blocking access to the Courts; interfering with Legal Mail; interfering with investigations by a federal Judge; failure-to-Protect from Harm; forced Cell mating to induce sexual and Physical assults upon Gender Dysphoric females; attempted Homicide and or to induce Suicide and self-harm upon the Gender Dysphoric females Plaintiffs

2) Due to the aforementioned Above Violations of State, Federal, International, and constitutional law the plaintiffs in common do hereby Motion the Court Pursuant to Federal rules of Civil Procedure Rule 65 for Emergency temporary Restraning order, and Preliminary injuntive Relife to Prevent further harms and injuries upon them

-1-

## II. Jurisdiction and Venue

(3) The United States District Court for the District of Arizona is the proper venue for these matters as this Court has jurisdiction due to the fact that both Plaintiffs in common are currently located within it's jurisdiction at the United States Penitentiary of Tucson 9300 South Wilmot Road Tucson, AZ 85756

(4) The Named defendants in this Matter are located at the USP-Tucson the FCI Florence, The Federal transfer Center, the USMS Air lift command the North Central Regional office in Kansas City, KS the Western Regional, DSCC, Grand Prairie, TX, the Central office in Washington, DC and elsewhere et. al.

(5) This action is being brought before this court under the Authority of Bivens v. ~~Six Unknown Agents of~~ Six Named Unknown Federal Bureau of Narcotics Agents 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971); Farmer v. Brennan, 511 US 825, 114 SCT 1970 (1994); Estelle v Gamble, 429 US 97 (1976). 5 USC § 706 of The Administrative Procedures Act; The Civil Rights of Institutionalized Persons Act; Title VII of The Civil Rights Act of 1964.

THIS DOCUMENT IS <u>NOT</u> IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: __LRCIV 3.4__
(Rule Number/Section)