*William Anthony Fly v. M. Diaz, et al.*
CV-21-00506-TUC-SHR

**Exhibit List**

Exhibit A  Declaration of Lt. Duffy Campbell
    Att. 1   Memorandum from D. Campbell, dated October 29, 2021

Exhibit B  Declaration of Lt. Joshua Christensen

Exhibit C  Declaration of Lt. Anthony Pierce
    Att. 1   Memorandum from A. Pierce dated October 29, 2021

Exhibit D  Declaration of Miguel Vasquez

Exhibit E  Declaration of Armando Gutierrez

Exhibit F  Declaration of William Wade

Exhibit G  Declaration of Dr. Lauren Apodaca
    Att. 1   Public Information Inmate Date
    Att. 2   Inmate History Quarters
    Att. 3   (UNDER SEAL) Inmate William Fly's medical records
    Att. 4   (UNDER SEAL) Inmate William Fly's psychology records
    Att. 5   (UNDER SEAL) Prison Rape Elimination Act (PREA) investigations of complaints by inmate William Fly
    Att. 6   (UNDER SEAL) Inmate William Fly's Presentence Investigation Report