Exhibit G

1
2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

3
4
5
6
7
8

| | |
|---|---|
| William Anthony Fly, | No. CV 21-00506-TUC-SHR |
| Petitioner, | |
| vs. | **DECLARATION OF**<br>**LAUREN APODACA** |
| M. Diaz, et al., | |
| Defendants. | |

9
10
11
12
13

I, Lauren Apodaca, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records in the course of my employment, hereby declare as follows relating to the above-titled matter. All attachments to this declaration are true and accurate copies of Federal Bureau of Prisons ("BOP") records maintained in the ordinary course of business.

14
15
16
17

1.      I am a Staff Psychologist employed with BOP at the Federal Correctional Complex ("FCC") in Tucson, Arizona. FCC Tucson includes three separate institutions: the Federal Prison Camp (minimum security), the Federal Correctional Institution (medium security) and the United States Penitentiary (USP) (high security).

18
19
20

2.      As a Staff Psychologist, I diagnose, treat, and counsel inmates suffering from mental health or psychological ailments. I have been employed in this capacity since May 23, 2021.

21
22
23
24
25
26

3.      Attached as Attachment 1 is BOP's Public Information Inmate Data printout for inmate William Fly, which shows, among other things, inmate Fly's conviction and projected release date. As reflected in Attachment 1, inmate Fly was convicted in the District of North Dakota of Transportation with Intent to Engage in Criminal Sexual Activity (18 U.S.C. § 2421(a)) and received a sentence of 120 months incarceration. His projected release date is August 12, 2025.

27
28

4.      Attached as Attachment 2 is BOP's Inmate History Quarters printout relating to inmate Fly, where the abbreviation TCP refers to USP Tucson. As reflected

in Attachment 2, inmate Fly first arrived at USP Tucson on October 14, 2021.

5.    Attached as Attachment 3 are inmate William Fly's medical records maintained by BOP concerning inmate Fly's medical consultations, evaluations and treatment during his time at USP Tucson.

6.    Attached as Attachment 4 are inmate Fly's psychology records maintained by BOP concerning inmate Fly's psychology consultations, evaluations and treatment during his time at USP Tucson.

7.    Attached as Attachment 5 BOP's records relating to Prison Rape Elimination Act ("PREA") investigations of complaints by inmate Fly during his time at USP Tucson.

8.    Attached as Attachment 6 is inmate Fly's Presentence Investigation Report ("PSR") from the criminal case for which inmate Fly is being incarcerated with BOP.

**Risk and Placement Assessments.**

9.    BOP institutions are classified into one of five security levels:  Minimum, Low, Medium, High, and Administrative, based on the level of security and staff supervision the institution is able to provide.  See Program Statement 5100.08, available at https://www.bop.gov/policy/progstat/5100_008cn.pdf, at p. 1.  USP Tucson is the only High-Security facility that operates a Sex Offender Management Program, established to assist in the effective management and treatment of the BOP's population of sexual offenders and to provide services that minimize this population's risk for sexual re-offense.  *See* Program Statement 5324.10 (Sex Offender Management), available at https://www.bop.gov/policy/progstat/5324_010.pdf.  A primary goal of a Sex Offender Management Program is to maintain a significant proportion of sexual offenders in the institution, so as to reduce the need to place sexual offenders in protective custody.  *Id.*  Inmate Fly is designated to the Sex Offender Management Program.  *See* Att. 4 at p. 42.

10.    BOP inmates are assigned to an institution based, primarily, upon the

level of security and supervision the inmate needs, the level of security and staff supervision the institution can provide, and the inmate's program needs (i.e., substance abuse treatment, education, counseling, medical or mental health treatment).  Program Statement 5100.08, p. 1.  BOP also considers other factors in assigning an institution, such as:  the inmate's release residence; the level of overcrowding at an institution; additional security measures to protect the inmate, victims or witnesses, or the general public; and, any other relevant factor that may impact the inmate's confinement, the protection of society, or the safe and orderly management of a Bureau of Prisons facility.  *Id.*

11.    BOP Designation and Sentence Computation Center ("DSCC") officials gather and assess information from the sentencing court, the U.S. Marshals Service, the U.S. Attorney's Office and the U.S. Probation Office, then enter the information into the SENTRY database, to generate an initial security point score for the inmate. Statement 5100.08 at Chapter 3.  The point score is then matched with a commensurate security level institution, taking into consideration other relevant designation factors. The SENTRY system does not identify a specific institution – designation officials make an individualized determination, based on various factors, such as proximity to the inmate's release destination, the inmate's background and characteristics, any medical issues, and prison overcrowding concerns.  *Id.*

12.    When a designation is made, DSCC staff forward all the supporting documents to the institution, where the Case Management Coordinator reviews the materials to determine whether there are any institution-specific concerns regarding the proposed designation.  *Id.*  If the Case Management Coordinator identifies a scoring error or has other concerns about the designation, the inmate may be redesignated at the discretion of the DSCC.  *Id.*  Inmate transfers follow a similar process, but also take into consideration the inmate's institutional adjustment and program performance at his or her current institution.  *Id.*

13.    BOP institution staff screen newly arrived inmates, whether the inmate is

a new commitment, a transfer from another institution, a return from a court appearance or a writ, or a holdover.  *See* Program Statement 5290.15 (Intake Screening), available at https://www.bop.gov/policy/progstat/5290_015.pdf, at p.1.  The intake screening process seeks to ensure that BOP health, safety and security standards are met before the inmate is placed in the institution general population.  *Id.*

14.    The screening process includes a social interview by a trained staff member, who will review relevant records, such as the inmate Central File, Presentence Investigation Report, and other available documentation, to determine whether the inmate is suitable for placement in the general population.  *Id.*  The BOP SENTRY database generates an Intake Screening form for the inmate, which provides important information about the inmate's Central Inmate Monitoring status and identifies any separatees at the institution.  *Id.*  This allows the staff member to ensure the inmate will not be placed in the same institution as another inmate from whom he or she should be separated.  *Id.*  The interviewer considers whether the inmate was a victim or perpetrator of sexual assault, the inmate's history of violence, whether or not the inmate has testified in court, and other such elements that relate to an inmates ability to safely reside in an institution's general population.  *Id.* at p. 3

15.    All inmates receive a screening for risk of sexual victimization and abusiveness, which is used to inform housing, bed, work, education and program assignments, with the goal of keeping separate those inmates of high risk of being sexually victimized from those at high risk of being sexually abusive.  *See* Program Statement 5324.12 (Sexually Abusive Behavior Prevention and Intervention Program), available at https://www.bop.gov/policy/progstat/5324_012.pdf, at §§ 115.41 and 115.42.  Staff make an individualized determination about how to ensure inmates' safety.  *Id.*  When an inmate identifies as transgender, staff consider the inmate's own views as to his or her own safety, but BOP is not permitted to place transgender inmates in dedicated facilities, units, or wings solely on the basis of the inmates' status or self-identification.

16.     After the formal intake screening process, institution Special Investigative Service staff interview the new inmate to ensure there is no non-medical reason for the inmate not to be released to the general population.  Special Investigative staff are familiar with the facility and are able to determine whether an inmate's stated or reported affiliations are likely to put him or her at risk in the general population.

17.     In all screening decisions, staff consider a number of factors that impact whether or not an inmate is placed in the general population, including the credibility of the information the inmate provides as compared to information contained in the documentation, the allocation of staff and bed space resources at the institution, and the staff member's correctional judgment as to the appropriate housing status for the inmate.

18.     An inmate may be placed in administrative detention status for protective custody if the inmate is a victim of an assault or is being threatened by other inmates, if the inmate is threatened because he or she is perceived to have provided information or assistance to staff or law enforcement authorities, if the inmate refuses to enter the general population because of concerns for his or her safety, or if staff believe the inmate believe the inmate's safety may be jeopardized.  Program Statement 5270.11, available at https://www.bop.gov/policy/progstat/5270.11.pdf, at §§  8-11.  Whenever an inmate is placed in protective custody, staff conduct an investigation to verify the reason for the placement.  If the need for protective custody is verified, the inmate will remain in such custody or be transferred to an institution where protective custody may not be necessary.  If the staff investigation fails to verify the need for protective custody, the inmate will be returned to the general population.

19.     Investigating staff weigh information from a number of sources in determining the validity of an alleged threat and how to respond to the threat.  Such factors include the source and credibility of the information at the staff members' disposal, the resources available to address credible threats, and the rights of inmates at the institution.  Policy does not dictate a particular response; instead it affords the

officials discretion to exercise correctional judgment in evaluating and responding to an alleged threat.

20.    The result of Plaintiff's placement and risk assessment is that Plaintiff has been designated to USP Tucson's Sex Offender Management Program.  Her risk of sexual victimization has been evaluated and determined to be moderate, allowing her to be in general population and to have cell mates with low risk of sexual abusiveness.  In December, 2021, Plaintiff was assigned to an appropriate general population housing unit based on her sexual victimization intake screening. *See* Att. 4, at 84.

21.    As documented in inmate Fly's psychology records, though inmate Fly often demands a single cell, it is recommended and appropriate, based on Plaintiff's history and needs, that she be paired with a cellmate.  *See, e.g.,* Attachment 4 at 31, 76.

22.    There is no basis to conclude that Plaintiff is being incorrectly or inappropriately housed at USP Tucson.

23.    On January 19, 2022, I met with Plaintiff.  *See* Attachment 4 at 7. Despite expressing frustration with her placement at USP Tucson and her desire to be celled alone, she indicated she had made several friends and was hopeful despite continuing frustration with how she was treated by staff.  *Id.*  On February 23, 2022, I met with Plaintiff. She indicated she was doing much better in her current unit and expressed relief and gratitude for the move.  *Id.* at 5.  Plaintiff indicated she had social support from her unit and feels supported by her unit team. *Id.*  On April 13, 2022, Plaintiff told me she was doing well in her current unit.  *Id.* at 1.

**Hormone Therapy.**

24.    Plaintiff has received and continues to receive feminizing hormone therapy.  Throughout her time at USP Tucson, Plaintiff has been prescribed Estriol and Spironolactone to reduce testosterone and increase estrogen.  *See* Attachment 3 at 221-22 and 223-24 (showing prescription history).  Plaintiff has received blood tests to monitor her hormone levels.  *See, e.g., id.* at 260-62, 275-76.  Her prescriptions have been continuously refilled and remain active.  *Id.* at 221-22 and 223-24 .

**Female Facility, Gender Reassignment Surgery.**

25.    BOP's policy concerning the identification, tracking and providing services to transgender inmates is Program Statement 5200.08 (Transgender Offender Manual), available at https://www.bop.gov/policy/progstat/5200-08-cn-1.pdf.  For clinical standards, including those related to same-sex housing and gender affirming surgery, BOP providers and decisionmakers look to the Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People published by the World Professional Association for Transgender Health ("WPATH"), available at https://www.wpath.org/media/cms/Documents/Web%20Transfer/SOC/Standards%20of%20Care%20V7%20-%202011%20WPATH.pdf.  *See* P.S. 5200.08, at 13.

26.    As reflected in Program Statement 5200.08 and the WPATH standards, whether a transgender female inmate is housed in a female institution and receives gender reassignment surgery are highly individualized determinations involving medical and mental health analysis and a number of qualifying criteria.  At this time, Plaintiff does not qualify to be housed in a female facility or for gender reassignment surgery.

27.    BOP medical staff provide medically necessary care to transgender inmates, including hormone or other necessary medical treatments, after an individualized assessment.   Staff develop a treatment plan which promotes the inmate's physical and mental stability.   BOP's clinical guidelines provide that treatment is designed to reduce characteristics of the natal sex and induce those of the identified gender, so that individuals may project their identified gender.  Individualized care allows for transition through education, counseling, real-life experience, medical evaluation, hormone treatment, and in some cases, sex reassignment surgery.

28.    Gender-affirming surgery is considered on a case-by-case basis because some transgender individuals live successfully without surgery, while others need it. *See* Att. 4 at 54.  The clinical standards do not advocate gender-affirming surgery for all people.  *Id.*  When considering gender-affirming surgery, BOP considers whether an

inmate demonstrates at least 12 months of successful use of hormone therapy, participation in psychotherapy as clinically indicated, full-time real life experience in their preferred gender, and consolidation of gender identity. The inmate is required to demonstrate via informed consent a practical understanding of gender-affirming surgery including, but not limited to, permanence, potential complications, and short and long-term treatment plans. The clinical guidelines require documentation of persistent gender dysphoria by a qualified mental health provider. Providers also look for a target testosterone level of below 55 ng/dl.

29.    In the incarceration context, twelve months of full-time real life experience in the preferred gender includes 12 months in a female institution. BOP does not consider gender-affirming surgery for transgender females until after successful re-designation to a female institution for twelve months. Because prisons are segregated by sex, transgender individuals cannot fully experience their gender in reference to same-gender peers without this experience. Not all transgender women adapt successfully to female prisons. Some transgender women have behaved in ways that made it unsafe to maintain them in a female prison and have had to return to a male prison. Others have requested to return to a male prison. Therefore, the experience of living in a prison consistent with an individual's gender identity is a critical step in the transition process. It is critical to know before irreversible surgery if a transgender woman is not able to live in a female prison or does not wish to continue in that setting.

30.    Achieving target hormone levels is a first step for transgender women to move to a female facility. When transgender women maintain their target hormone levels, they become more feminine in appearance. They also lose muscle mass, experience lower libido, and are not able to maintain erections. All of these feminizing effects are important for transgender female inmates to be able to live in a female institution and for the safety of the women who would be their peers at the institution.

31.    BOP policy provides that BOP make individualized decisions about transgender inmate housing, considering, among other factors, gender identity, the

safety of all parties, and inmate behavior and history.  This ensures the needs of transgender inmates are addressed and safety is maximized for all inmates.  BOP policy allows designation to a facility of the inmate's identified gender after consideration of all of the factors and where there has been significant progress toward transition as demonstrated by medical and mental health history, as well as positive institution adjustments.

32.    When an inmate has satisfied the criteria for gender-affirming surgery, requests for surgery are transmitted to BOP's Transgender Clinical Care Team ("TCCT"),[1] which makes a recommendation to BOP's Medical Director, who is the approving authority.  The Medical Director has sole authority to approve gender-affirming surgery.

33.    On December 28, 2021, I evaluated Plaintiff for gender dysphoria disorder. *Id*. at 21-29.  BOP policy recognizes a distinction between being transgendered (one's gender identity does not match one's sex assigned at birth) and suffering from gender dysphoria (a strong and persistent cross gender identification manifested by a desire to be the opposite sex accompanied with a persistent discomfort with one's assigned biological sex).  *See* WPATH at pp. 4-5.

*34.*    I have evaluated inmate Fly.  There are several reasons to doubt Plaintiff's intersex and gender dysphoria self-diagnosis.  I have screened Plaintiff for gender dysphoria and, based on a number of factors, do not find a sufficient basis for a diagnosis of gender dysphoria. .  *See* Attachment 4 at 21-28.

35.    At this time, Plaintiff does not qualify for gender reassignment surgery or placement in a female facility.  *See* also Attachment 4 at 28.  Plaintiff has been housed solely in male facilities since being incarcerated with BOP -- she has not lived in a gender-affirming role for twelve months.  Plaintiff is appropriately being housed in USP Tucson based on no existing diagnosis of gender dysphoria, Plaintiff's criminal

---

[1] The TCCT is a "multidisciplinary group of BOP personnel with transgender subject matter expertise.  The team provides assistance to institution staff and develops clinical treatment recommendations for the BOP transgender population."

history, Plaintiff's mental health problems, recent disciplinary convictions and hormone levels that are inconsistent with gender transition. Despite hormone therapy, her hormone levels are not yet within the target range for transfer to a female facility; she has had testosterone levels far in excess of the target 55 ng/dl. Based on multiple factors, it is unclear whether Plaintiff fits a diagnosis of gender dysphoria. Plaintiff has recent disciplinary issues. Plaintiff has recent disciplinary convictions. Plaintiff's has ongoing mental health needs and instability. These factors make it inadvisable to place Plaintiff in a female facility and submit Plaintiff for gender affirming surgery.

**Mail, Visitation, Telephone Privileges.**

36.     Plaintiff's access to TRULINCS (email) is restricted because she was convicted of a crime that falls under the Adam Walsh Act. *See* Att. 4, at 1. Inmates with similar convictions to Plaintiff are given the same restrictions. On December 15, 2021, Plaintiff was disciplined for threatening to stab someone. *Id*. at 3. As a disciplinary sanction, Plaintiff lost visitation privileges until March 17, 2022, and telephone privileges until June 24, 2022. *Id.* Currently, there are no visitation restrictions placed on Plaintiff and Plaintiff's telephone restrictions are set to be lifted next month. *Id.* Plaintiff has no mail restrictions other than those that are applicable to all inmates – incoming mail is checked and if it contains contraband it is subject to seizure.

**PREA Investigations.**

34.     While being housed at USP Tucson, Plaintiff has initiated three PREA investigations. *See* Attachment 5. All three investigations were found to be unsubstantiated.

35.     In one complaint, Plaintiff indicated that on October 14, 2021, while at the Federal Transfer Center in Oklahoma, an inmate masturbated at her. *See* Att. 5 at 1. Plaintiff also indicated a correctional officer had touched her inner thigh during a pat down search. *Id*. Both of these allegations were alleged to have occurred at another institution prior to Plaintiff being housed at USP Tucson. *Id*.

36.     Plaintiff initiated a PREA complaint alleging that her cellmate Ray

Bryant repeatedly raped her between December 21, 2021, and December 29, 2021. *Id.*
at 2.  Ray Bryant was interviewed and indicated she had consensual sex with Plaintiff
on Plaintiff's own initiative.  *Id.* at 4.  Inmates in the two surrounding cells were
interviewed and indicated they did not hear anything indicative of a rape occurring.  *Id.*
Plaintiff didn't have any medical injuries and surveillance video did not pick up
anything that would constitute evidence that a sexual assault had occurred.  *Id.* at 5.
Plaintiff was taken to an outside hospital for a forensics examination but, upon arrival,
Plaintiff refused to allow an examination.

      37.    On January 19, 2022, Plaintiff filed another PREA complaint against five
other inmates. *Id.* at 11.  Plaintiff did not allege any physical assaults but instead
accused all five of verbal sexual harassment. *Id.*  Plaintiff alleged all five inmates
harassed her by soliciting sex acts from her.  *Id.*  All of the accused inmates denied the
allegations. *Id.* at 19-20. The allegations were found to be unsubstantiated. *Id.* at 24.

      I declare under penalty of perjury that the foregoing is true and correct to the best
of my information and belief.

      EXECUTED this 23rd day of May, 2022.


Dr. L. Apodaca
Advanced Care Level Psychologist
FCC Tucson
Bureau of Prisons

Exhibit G

Attachment 1

```
  PHXCU            *        PUBLIC INFORMATION          *       05-18-2022
PAGE 001           *            INMATE DATA             *       12:19:21
                            AS OF 05-18-2022

REGNO..: 18658-023 NAME: FLY, WILLIAM ANTHONY

                   RESP OF: TCP
                   PHONE..: 520-663-5000     FAX: 520-663-5024
                                             RACE/SEX...: WHITE / MALE
                                             AGE:  53
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 08-12-2025                       PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  PHXCU           *      PUBLIC INFORMATION        *      05-18-2022
PAGE 002          *         INMATE DATA            *      12:19:21
                        AS OF 05-18-2022


REGNO..: 18658-023 NAME: FLY, WILLIAM ANTHONY

                      RESP OF: TCP
                      PHONE..: 520-663-5000    FAX: 520-663-5024
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-12-2025

THE INMATE IS PROJECTED FOR RELEASE: 08-12-2025 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NORTH DAKOTA
DOCKET NUMBER...................: 1:16-CR-184
JUDGE...........................: HOVLAND
DATE SENTENCED/PROBATION IMPOSED: 02-26-2018
DATE COMMITTED..................: 04-06-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   512     18:2251-2,2260 OBSCENE MATTR
OFF/CHG: 18:2421; TRANSPORTATION WITH INTENT TO ENGAGE IN CRIMINAL
         SEXUAL ACTIVITY (CT-1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
 TERM OF SUPERVISION............: LIFE
 DATE OF OFFENSE................: 05-31-2016




G0002      MORE PAGES TO FOLLOW . . .
```

```
PHXCU            *        PUBLIC INFORMATION        *      05-18-2022
PAGE 003 OF 003 *          INMATE DATA             *      12:19:21
                        AS OF 05-18-2022


REGNO..: 18658-023 NAME: FLY, WILLIAM ANTHONY


                   RESP OF: TCP
                   PHONE..: 520-663-5000   FAX: 520-663-5024
------------------------CURRENT COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 12-16-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-06-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010


DATE COMPUTATION BEGAN..........: 02-26-2018
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 05-31-2016

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                   07-15-2016   02-25-2018

TOTAL PRIOR CREDIT TIME.........: 591
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 336
TOTAL GCT EARNED................: 93
STATUTORY RELEASE DATE PROJECTED: 08-12-2025
ELDERLY OFFENDER TWO THIRDS DATE: 03-15-2023
EXPIRATION FULL TERM DATE.......: 07-14-2026
TIME SERVED.....................:    5 YEARS    10 MONTHS     4 DAYS
PERCENTAGE OF FULL TERM SERVED..: 58.4
PERCENT OF STATUTORY TERM SERVED: 64.3

PROJECTED SATISFACTION DATE.....: 08-12-2025
PROJECTED SATISFACTION METHOD...: GCT REL




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit G
Attachment 2

```
    PHXCU   531.01  *                 INMATE HISTORY              *    05-19-2022
PAGE 001          *                  QUARTERS                    *    06:14:49


  REG NO..: 18658-023 NAME....: FLY, WILLIAM ANTHONY
  CATEGORY: QTR          FUNCTION: PRT        FORMAT:


FCL      ASSIGNMENT  DESCRIPTION                         START DATE/TIME STOP  DATE/TIME
TCP      E01-117L    HOUSE E/RANGE 01/BED 117L           02-10-2022 0801 CURRENT
TCP      E01-217U    HOUSE E/RANGE 01/BED 217U           02-01-2022 0903 02-10-2022 0801
TCP      A02-125U    HOUSE A/RANGE 02/BED 125U           01-31-2022 1113 02-01-2022 0903
TCP      F02-118L    HOUSE F/RANGE 02/BED 118L           01-19-2022 1515 01-31-2022 1113
TCP      A02-125U    HOUSE A/RANGE 02/BED 125U           12-30-2021 1341 01-19-2022 1515
TCP      Z03-152LAD  HOUSE Z/RANGE 03/BED 152L AD        12-30-2021 0409 12-30-2021 1341
TCP      Z03-152LAD  HOUSE Z/RANGE 03/BED 152L AD        12-26-2021 1937 12-29-2021 1507
TCP      Z03-152UAD  HOUSE Z/RANGE 03/BED 152U AD        12-21-2021 1753 12-26-2021 1937
TCP      Z02-128LAD  HOUSE Z/RANGE 02/BED 128L AD        12-15-2021 1742 12-21-2021 1753
TCP      Z02-127LAD  HOUSE Z/RANGE 02/BED 127L AD        12-12-2021 1912 12-15-2021 1742
TCP      Z03-158LAD  HOUSE Z/RANGE 03/BED 158L AD        12-11-2021 2126 12-12-2021 1912
TCP      Z02-127LAD  HOUSE Z/RANGE 02/BED 127L AD        11-26-2021 2331 12-11-2021 2126
TCP      Z02-126LAD  HOUSE Z/RANGE 02/BED 126L AD        11-06-2021 1847 11-26-2021 2331
TCP      Z02-124LAD  HOUSE Z/RANGE 02/BED 124L AD        11-04-2021 1440 11-06-2021 1847
TCP      Z03-146LAD  HOUSE Z/RANGE 03/BED 146L AD        10-30-2021 2117 11-04-2021 1440
TCP      Z03-145LAD  HOUSE Z/RANGE 03/BED 145L AD        10-29-2021 1301 10-30-2021 2117
TCP      Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD        10-29-2021 1205 10-29-2021 1301
TCP      F01-232L    HOUSE F/RANGE 01/BED 232L           10-26-2021 1728 10-29-2021 1205
TCP      F01-116L    HOUSE F/RANGE 01/BED 116L           10-14-2021 1634 10-26-2021 1728
TCP      R01-001L    HOUSE R/RANGE 01/BED 001L           10-14-2021 1542 10-14-2021 1634
TCP      F01-116L    HOUSE F/RANGE 01/BED 116L           10-14-2021 1535 10-14-2021 1542
TCP      Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD        10-14-2021 1506 10-14-2021 1535
TCP      R01-001L    HOUSE R/RANGE 01/BED 001L           10-14-2021 1449 10-14-2021 1506
OKL      Z02-156LAD  HOUSE Z/RANGE 02/BED 156L AD        10-12-2021 2009 10-14-2021 0815
OKL      R01-001L    HOUSE R/RANGE 01/BED 001L           10-12-2021 1910 10-12-2021 2009
OKL      E01-901L    HOUSE E/RANGE 01/BED 901L           10-12-2021 1430 10-12-2021 1910
FLF      Z04-236LAD  HOUSE Z/RANGE 04/BED 236L AD        09-23-2021 0934 10-12-2021 0955
FLF      Z04-235LAD  HOUSE Z/RANGE 04/BED 235L AD        09-03-2021 0905 09-23-2021 0934
FLF      Z04-234LAD  HOUSE Z/RANGE 04/BED 234L AD        08-14-2021 1033 09-03-2021 0905
FLF      Z04-233LAD  HOUSE Z/RANGE 04/BED 233L AD        07-25-2021 1230 08-14-2021 1033
FLF      Z04-232LAD  HOUSE Z/RANGE 04/BED 232L AD        07-05-2021 0850 07-25-2021 1230
FLF      Z04-231LAD  HOUSE Z/RANGE 04/BED 231L AD        06-30-2021 1238 07-05-2021 0850
FLF      Z03-126LAD  HOUSE Z/RANGE 03/BED 126L AD        06-29-2021 1323 06-30-2021 1238
FLF      Z01-123UAD  HOUSE Z/RANGE 01/BED 123U AD        06-29-2021 1131 06-29-2021 1323
FLF      Z03-126LAD  HOUSE Z/RANGE 03/BED 126L AD        06-28-2021 1201 06-29-2021 1131
FLF      Z09-103LAD  HOUSE Z/RANGE 09/BED 103L AD        06-23-2021 1529 06-28-2021 1201
FLF      Z09-101LAD  HOUSE Z/RANGE 09/BED 101L AD        06-23-2021 1527 06-23-2021 1529
FLF      Z03-131LAD  HOUSE Z/RANGE 03/BED 131L AD        06-19-2021 1240 06-23-2021 1527
FLF      Z03-130LAD  HOUSE Z/RANGE 03/BED 130L AD        06-15-2021 1220 06-19-2021 1240
FLF      Z09-101LAD  HOUSE Z/RANGE 09/BED 101L AD        06-15-2021 1203 06-15-2021 1220
FLF      H01-152L    HOUSE H/RANGE 01/BED 152L           06-11-2021 1313 06-15-2021 1203


G0002      MORE PAGES TO FOLLOW . . .
```

**Ex. G, Att. 2, p. 1**

```
 PHXCU  531.01 *                 INMATE HISTORY              *     05-19-2022
PAGE 002       *                   QUARTERS                  *     06:14:49


  REG NO..: 18658-023 NAME....: FLY, WILLIAM ANTHONY
  CATEGORY: QTR         FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
FLF    Z09-101LAD HOUSE Z/RANGE 09/BED 101L AD   05-24-2021 1411 06-11-2021 1313
FLF    Q04-212L   HOUSE Q/RANGE 04/BED 212L      05-21-2021 1928 05-24-2021 1411
FLF    Q04-201U   HOUSE Q/RANGE 04/BED 201U      05-21-2021 1755 05-21-2021 1928
FLF    R01-001L   HOUSE R/RANGE 01/BED 001L      05-21-2021 1307 05-21-2021 1755
OKL    C06-415L   HOUSE C/RANGE 06/BED 415L      05-20-2021 1227 05-21-2021 0150
OKL    C06-424U   HOUSE C/RANGE 06/BED 424U      05-19-2021 1929 05-20-2021 1227
OKL    C06-426U   HOUSE C/RANGE 06/BED 426U      05-19-2021 1823 05-19-2021 1929
OKL    C05-901L   HOUSE C/RANGE 05/BED 901L      05-19-2021 1735 05-19-2021 1823
OKL    E07-509L   HOUSE E/RANGE 07/BED 509L      05-19-2021 1645 05-19-2021 1735
PEK    Z02-132LAD HOUSE Z/RANGE 02/BED 132L AD   05-09-2021 1330 05-19-2021 0717
PEK    Z02-132UAD HOUSE Z/RANGE 02/BED 132U AD   04-19-2021 1622 05-09-2021 1330
PEK    Z02-132LAD HOUSE Z/RANGE 02/BED 132L AD   03-30-2021 0953 04-19-2021 1622
PEK    Z04-222LAD HOUSE Z/RANGE 04/BED 222L AD   03-17-2021 1254 03-30-2021 0953
PEK    Z02-137LAD HOUSE Z/RANGE 02/BED 137L AD   03-15-2021 1511 03-17-2021 1254
PEK    Z04-222UAD HOUSE Z/RANGE 04/BED 222U AD   03-10-2021 1518 03-15-2021 1511
PEK    Z04-222LAD HOUSE Z/RANGE 04/BED 222L AD   02-18-2021 1209 03-10-2021 1518
PEK    Z04-224UAD HOUSE Z/RANGE 04/BED 224U AD   02-12-2021 1726 02-18-2021 1209
PEK    Z04-224LAD HOUSE Z/RANGE 04/BED 224L AD   01-24-2021 1811 02-12-2021 1726
PEK    Z04-224UAD HOUSE Z/RANGE 04/BED 224U AD   01-04-2021 1526 01-24-2021 1811
PEK    Z04-224LAD HOUSE Z/RANGE 04/BED 224L AD   12-15-2020 1637 01-04-2021 1526
PEK    Z04-223LAD HOUSE Z/RANGE 04/BED 223L AD   12-15-2020 1637 12-15-2020 1637
PEK    Z04-224LAD HOUSE Z/RANGE 04/BED 224L AD   11-25-2020 1033 12-15-2020 1637
PEK    H01-001L   HOUSE H/RANGE 01/BED 001L      11-24-2020 2241 11-25-2020 1033
PEK    Z04-224LAD HOUSE Z/RANGE 04/BED 224L AD   11-24-2020 1441 11-24-2020 2241
PEK    C12-001L   HOUSE C/RANGE 12/BED 001L      11-24-2020 0908 11-24-2020 1441
PEK    Q05-139L   HOUSE Q/RANGE 05/BED 139L      11-10-2020 1058 11-24-2020 0908
PEK    Z02-125LAD HOUSE Z/RANGE 02/BED 125L AD   10-23-2020 1450 11-10-2020 1058
PEK    Z02-126LAD HOUSE Z/RANGE 02/BED 126L AD   10-23-2020 0100 10-23-2020 1450
PEK    Z02-127LAD HOUSE Z/RANGE 02/BED 127L AD   10-22-2020 2354 10-23-2020 0100
OKL    E09-530LH  HOUSE E/RANGE 09/BED 530L H    10-09-2020 1434 10-22-2020 1330
OKL    C05-330LH  HOUSE C/RANGE 05/BED 330L H    10-02-2020 1909 10-09-2020 1434
OKL    C05-901L   HOUSE C/RANGE 05/BED 901L      10-02-2020 1730 10-02-2020 1909
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD   09-17-2020 1336 10-02-2020 0655
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD   09-17-2020 1051 09-17-2020 1336
FAI    H01-002L   HOUSE H/RANGE 01/BED 002L      09-15-2020 1738 09-17-2020 1051
FAI    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD   09-02-2020 1344 09-15-2020 1738
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD   08-14-2020 0805 09-02-2020 1344
FAI    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD   07-28-2020 1152 08-14-2020 0805
FAI    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD   07-23-2020 1351 07-28-2020 0942
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD   07-07-2020 0804 07-23-2020 1351
FAI    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD   06-19-2020 2027 07-07-2020 0804




G0002      MORE PAGES TO FOLLOW . . .
```

```
PHXCU  531.01 *                    INMATE HISTORY            *      05-19-2022
PAGE 003       *                      QUARTERS               *      06:14:49


  REG NO..: 18658-023 NAME....: FLY, WILLIAM ANTHONY
  CATEGORY: QTR        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
FAI    Z02-123UAD HOUSE Z/RANGE 02/BED 123U AD       06-15-2020 2134 06-19-2020 2027
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD       06-06-2020 0759 06-15-2020 2134
FAI    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD       05-18-2020 0824 06-06-2020 0759
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD       04-28-2020 0244 05-18-2020 0824
FAI    Z02-122LAD HOUSE Z/RANGE 02/BED 122L AD       04-09-2020 2135 04-28-2020 0244
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       04-09-2020 1223 04-09-2020 2135
FAI    H01-001L   HOUSE H/RANGE 01/BED 001L          04-07-2020 1122 04-09-2020 1223
FAI    R01-001L   HOUSE R/RANGE 01/BED 001L          04-03-2020 2046 04-07-2020 1122
FAI    H01-001L   HOUSE H/RANGE 01/BED 001L          03-31-2020 1828 04-03-2020 2046
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       03-31-2020 1718 03-31-2020 1828
FAI    D03-321L   HOUSE D/RANGE 03/BED 321L          03-30-2020 1553 03-31-2020 1718
FAI    Z03-216LAD HOUSE Z/RANGE 03/BED 216L AD       03-30-2020 1532 03-30-2020 1553
FAI    Z03-216LAD HOUSE Z/RANGE 03/BED 216L AD       03-28-2020 2247 03-30-2020 1105
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       03-28-2020 1317 03-28-2020 2247
FAI    H01-002L   HOUSE H/RANGE 01/BED 002L          03-27-2020 2053 03-28-2020 1317
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       03-27-2020 2045 03-27-2020 2053
FAI    D03-321U   HOUSE D/RANGE 03/BED 321U          02-27-2020 1037 03-27-2020 2045
FAI    H01-002L   HOUSE H/RANGE 01/BED 002L          02-25-2020 2229 02-27-2020 1037
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       02-25-2020 2227 02-25-2020 2229
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       02-25-2020 1508 02-25-2020 1712
FAI    H01-001L   HOUSE H/RANGE 01/BED 001L          02-21-2020 2003 02-25-2020 1508
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       02-21-2020 1452 02-21-2020 2003
FAI    C03-322U   HOUSE C/RANGE 03/BED 322U          02-04-2020 1602 02-21-2020 1452
FAI    C04-411U   HOUSE C/RANGE 04/BED 411U          02-04-2020 1515 02-04-2020 1602
FAI    Z02-123LAD HOUSE Z/RANGE 02/BED 123L AD       01-23-2020 1404 02-04-2020 1515
FAI    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD       01-08-2020 1350 01-23-2020 1404
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD       12-19-2019 1818 01-08-2020 1350
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       12-19-2019 1457 12-19-2019 1818
FAI    C01-135L   HOUSE C/RANGE 01/BED 135L          12-19-2019 1158 12-19-2019 1457
FAI    Z02-124LAD HOUSE Z/RANGE 02/BED 124L AD       12-11-2019 2051 12-19-2019 1158
FAI    Z01-111LAD HOUSE Z/RANGE 01/BED 111L AD       12-05-2019 1758 12-11-2019 2051
FAI    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       12-05-2019 1433 12-05-2019 1758
FAI    R01-001L   HOUSE R/RANGE 01/BED 001L          12-05-2019 1256 12-05-2019 1433
BRO    Z04-111LAD HOUSE Z/RANGE 04/BED 111L AD       12-04-2019 0005 12-05-2019 0957
BRO    R02-001L   HOUSE R/RANGE 02/BED 001L          12-03-2019 2324 12-04-2019 0005
BRO    G02-431L   HOUSE G/RANGE 02/BED 431L          12-03-2019 2251 12-03-2019 2324
BRO    R02-001L   HOUSE R/RANGE 02/BED 001L          12-03-2019 1938 12-03-2019 2251
OKL    Z02-159LAD HOUSE Z/RANGE 02/BED 159L AD       11-26-2019 1403 12-03-2019 0855
OKL    H01-002L   HOUSE H/RANGE 01/BED 002L          11-25-2019 1507 11-26-2019 1403
OKL    E04-601L   HOUSE E/RANGE 04/BED 601L          11-24-2019 2010 11-25-2019 1507
OKL    C06-418L   HOUSE C/RANGE 06/BED 418L          11-22-2019 2230 11-24-2019 2010



G0002      MORE PAGES TO FOLLOW . . .
```

```
PHXCU  531.01 *                 INMATE HISTORY              *      05-19-2022
PAGE 004        *                   QUARTERS                *      06:14:49


  REG NO..: 18658-023 NAME....: FLY, WILLIAM ANTHONY
  CATEGORY: QTR          FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TIME
OKL    C05-901L   HOUSE C/RANGE 05/BED 901L         11-22-2019 1528 11-22-2019 2230
YAP    Z02-134LAD HOUSE Z/RANGE 02/BED 134L AD      11-10-2019 1946 11-22-2019 0911
YAP    Z02-135LAD HOUSE Z/RANGE 02/BED 135L AD      10-26-2019 1325 11-10-2019 1946
YAP    Z02-134LAD HOUSE Z/RANGE 02/BED 134L AD      10-22-2019 1253 10-26-2019 1325
YAP    Z01-109LDS HOUSE Z/RANGE 01/BED 109L DS      10-17-2019 1345 10-22-2019 1253
YAP    Z01-109LAD HOUSE Z/RANGE 01/BED 109L AD      10-16-2019 1239 10-17-2019 1345
YAP    Z02-123LAD HOUSE Z/RANGE 02/BED 123L AD      10-11-2019 1952 10-16-2019 1239
YAP    Z02-128LAD HOUSE Z/RANGE 02/BED 128L AD      09-27-2019 1814 10-11-2019 1952
YAP    Z02-117LAD HOUSE Z/RANGE 02/BED 117L AD      09-12-2019 1838 09-27-2019 1814
YAP    Z02-118LAD HOUSE Z/RANGE 02/BED 118L AD      09-06-2019 2257 09-12-2019 1838
YAP    Z02-117LAD HOUSE Z/RANGE 02/BED 117L AD      09-05-2019 1240 09-06-2019 1227
YAP    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD      08-22-2019 1932 09-05-2019 1240
YAP    Z08-001LAD HOUSE Z/RANGE 08/BED 001L AD      08-22-2019 1707 08-22-2019 1932
YAP    N01-218L   HOUSE N/RANGE 01/BED 218L         08-14-2019 1705 08-22-2019 1707
YAP    N01-217L   HOUSE N/RANGE 01/BED 217L         08-14-2019 1443 08-14-2019 1705
YAP    Z02-125LAD HOUSE Z/RANGE 02/BED 125L AD      08-10-2019 1810 08-14-2019 1443
YAP    Z02-126LAD HOUSE Z/RANGE 02/BED 126L AD      08-07-2019 1512 08-10-2019 1810
YAP    N01-218U   HOUSE N/RANGE 01/BED 218U         08-07-2019 1417 08-07-2019 1512
YAP    Z02-126LAD HOUSE Z/RANGE 02/BED 126L AD      07-25-2019 1840 08-07-2019 1417
YAP    Z02-127LAD HOUSE Z/RANGE 02/BED 127L AD      07-17-2019 1856 07-25-2019 1840
YAP    Z08-001LAD HOUSE Z/RANGE 08/BED 001L AD      07-17-2019 1816 07-17-2019 1856
YAP    R01-001L   HOUSE R/RANGE 01/BED 001L         07-17-2019 1500 07-17-2019 1816
OKL    C03-308L   HOUSE C/RANGE 03/BED 308L         07-15-2019 2115 07-17-2019 0425
OKL    E04-605L   HOUSE E/RANGE 04/BED 605L         07-15-2019 1851 07-15-2019 2115
OKL    E03-901L   HOUSE E/RANGE 03/BED 901L         07-15-2019 1450 07-15-2019 1851
ENG    Z02-109LAD HOUSE Z/RANGE 02/BED 109L AD      07-08-2019 1147 07-15-2019 0805
ENG    Z02-112LDS HOUSE Z/RANGE 02/BED 112L DS      06-20-2019 1045 07-08-2019 1147
ENG    Z02-112LAD HOUSE Z/RANGE 02/BED 112L AD      06-12-2019 1439 06-20-2019 1045
ENG    Z02-109LAD HOUSE Z/RANGE 02/BED 109L AD      06-12-2019 0644 06-12-2019 1439
ENG    Z02-112LAD HOUSE Z/RANGE 02/BED 112L AD      06-09-2019 1340 06-12-2019 0644
ENG    Z02-110LAD HOUSE Z/RANGE 02/BED 110L AD      05-24-2019 1421 06-09-2019 1340
ENG    W03-034L   HOUSE W/RANGE 03/BED 034L         03-15-2019 1648 05-24-2019 1421
ENG    R01-001L   HOUSE R/RANGE 01/BED 001L         03-15-2019 1330 03-15-2019 1648
OKL    C05-301L   HOUSE C/RANGE 05/BED 301L         03-06-2019 2348 03-15-2019 0922
OKL    C05-901L   HOUSE C/RANGE 05/BED 901L         03-06-2019 1946 03-06-2019 2348
OKL    C03-901L   HOUSE C/RANGE 03/BED 901L         03-06-2019 1900 03-06-2019 1946
YAP    R01-001L   HOUSE R/RANGE 01/BED 001L         03-06-2019 0221 03-06-2019 0523
YAP    N01-123L   HOUSE N/RANGE 01/BED 123L         01-25-2019 2147 03-06-2019 0221
YAP    N01-123L   HOUSE N/RANGE 01/BED 123L         01-25-2019 1605 01-25-2019 2146
YAP    N01-123L   HOUSE N/RANGE 01/BED 123L         01-16-2019 1441 01-25-2019 1604
YAP    N01-101U   HOUSE N/RANGE 01/BED 101U         01-08-2019 1510 01-16-2019 1441




G0002      MORE PAGES TO FOLLOW . . .
```

```
 PHXCU  531.01 *                 INMATE HISTORY              *      05-19-2022
PAGE 005        *                   QUARTERS                 *      06:14:49


  REG NO..: 18658-023 NAME....: FLY, WILLIAM ANTHONY
  CATEGORY: QTR         FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
YAP    H01-001L   HOUSE H/RANGE 01/BED 001L       01-05-2019 2021 01-08-2019 1510
YAP    Z08-001LAD HOUSE Z/RANGE 08/BED 001L AD    01-05-2019 0341 01-05-2019 2021
YAP    K02-124L   HOUSE K/RANGE 02/BED 124L       01-04-2019 1819 01-05-2019 0341
YAP    Z03-152UAD HOUSE Z/RANGE 03/BED 152U AD    12-22-2018 2213 01-04-2019 1819
YAP    Z03-153UAD HOUSE Z/RANGE 03/BED 153U AD    12-17-2018 2245 12-22-2018 2213
YAP    Z08-001LAD HOUSE Z/RANGE 08/BED 001L AD    12-17-2018 1338 12-17-2018 2245
YAP    K02-124L   HOUSE K/RANGE 02/BED 124L       11-26-2018 1536 12-17-2018 1338
YAP    N02-131U   HOUSE N/RANGE 02/BED 131U       11-24-2018 1536 11-26-2018 1536
YAP    Z04-202UAD HOUSE Z/RANGE 04/BED 202U AD    11-18-2018 2210 11-24-2018 1536
YAP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD    11-18-2018 1214 11-18-2018 2210
YAP    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD    11-05-2018 2312 11-18-2018 1214
YAP    Z08-001LAD HOUSE Z/RANGE 08/BED 001L AD    11-05-2018 1750 11-05-2018 2312
YAP    N02-131U   HOUSE N/RANGE 02/BED 131U       11-01-2018 1244 11-05-2018 1750
YAP    N02-118L   HOUSE N/RANGE 02/BED 118L       10-31-2018 2129 11-01-2018 1244
YAP    H01-001L   HOUSE H/RANGE 01/BED 001L       10-31-2018 1651 10-31-2018 2129
YAP    N01-229L   HOUSE N/RANGE 01/BED 229L       10-13-2018 0845 10-31-2018 1651
MNA    C01-121L   HOUSE C/RANGE 01/BED 121L       08-08-2018 1347 10-12-2018 2341
MNA    C01-100U   HOUSE C/RANGE 01/BED 100U       08-08-2018 0500 08-08-2018 1347
TAL    B32-236L   HOUSE B/RANGE 32/BED 236L       08-07-2018 1905 08-08-2018 0314
TAL    R81-001L   HOUSE R/RANGE 81/BED 001L       08-07-2018 1308 08-07-2018 1905
OKL    Z03-162LAD HOUSE Z/RANGE 03/BED 162L AD    08-05-2018 1443 08-07-2018 0723
OKL    C11-314L   HOUSE C/RANGE 11/BED 314L       08-03-2018 1757 08-05-2018 1443
OKL    C11-311L   HOUSE C/RANGE 11/BED 311L       08-03-2018 1655 08-03-2018 1757
OKL    C11-304L   HOUSE C/RANGE 11/BED 304L       08-03-2018 1418 08-03-2018 1655
OKL    C11-329L   HOUSE C/RANGE 11/BED 329L       08-02-2018 1816 08-03-2018 1418
OKL    C11-304L   HOUSE C/RANGE 11/BED 304L       07-30-2018 2247 08-02-2018 1816
OKL    Z03-163LAD HOUSE Z/RANGE 03/BED 163L AD    07-30-2018 2136 07-30-2018 2247
OKL    C06-408L   HOUSE C/RANGE 06/BED 408L       07-30-2018 1435 07-30-2018 2136
OKL    E08-619L   HOUSE E/RANGE 08/BED 619L       07-26-2018 2137 07-30-2018 1435
OKL    E07-901L   HOUSE E/RANGE 07/BED 901L       07-26-2018 1650 07-26-2018 2137
VIM    Z03-209UAD HOUSE Z/RANGE 03/BED 209U AD    07-12-2018 1320 07-26-2018 0602
VIM    Z03-208UAD HOUSE Z/RANGE 03/BED 208U AD    07-02-2018 1058 07-12-2018 1320
VIM    Z03-207UAD HOUSE Z/RANGE 03/BED 207U AD    06-16-2018 1532 07-02-2018 1058
VIM    Z02-141LAD HOUSE Z/RANGE 02/BED 141L AD    06-06-2018 0847 06-16-2018 1532
VIM    Z02-142LAD HOUSE Z/RANGE 02/BED 142L AD    06-01-2018 0721 06-06-2018 0847
VIM    Z02-135UAD HOUSE Z/RANGE 02/BED 135U AD    05-17-2018 1008 06-01-2018 0721
VIM    Z02-132UAD HOUSE Z/RANGE 02/BED 132U AD    05-11-2018 1327 05-17-2018 1008
VIM    A02-201U   HOUSE A/RANGE 02/BED 201U       05-10-2018 1126 05-11-2018 1327
VIM    R01-001L   HOUSE R/RANGE 01/BED 001L       05-10-2018 0626 05-10-2018 1126
VIP    A14-212L   HOUSE A/RANGE 14/BED 212L       05-07-2018 2159 05-10-2018 0535
VIP    A14-201L   HOUSE A/RANGE 14/BED 201L       05-07-2018 2028 05-07-2018 2159




G0002      MORE PAGES TO FOLLOW . . .
```

```
PHXCU  531.01 *                INMATE HISTORY              *     05-19-2022
PAGE 006 OF 006 *                 QUARTERS                 *     06:14:49


   REG NO..: 18658-023 NAME....: FLY, WILLIAM ANTHONY
   CATEGORY: QTR         FUNCTION: PRT        FORMAT:


FCL     ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
VIP     R01-001L   HOUSE R/RANGE 01/BED 001L     05-07-2018 1916 05-07-2018 2028
LOM     Z03-165UAD HOUSE Z/RANGE 03/BED 165U AD  04-19-2018 1916 05-07-2018 1300
LOM     Z03-166UAD HOUSE Z/RANGE 03/BED 166U AD  04-10-2018 1531 04-19-2018 1916
LOM     Z01-102LDS HOUSE Z/RANGE 01/BED 102L DS  04-10-2018 1458 04-10-2018 1531
LOM     H01-012U   HOUSE H/RANGE 01/BED 012U     04-10-2018 1342 04-10-2018 1458
LOM     C02-005U   HOUSE C/RANGE 02/BED 005U     04-06-2018 1155 04-10-2018 1342
LOM     R01-001L   HOUSE R/RANGE 01/BED 001L     04-06-2018 0700 04-06-2018 1155
VIP     A12-206L   HOUSE A/RANGE 12/BED 206L     04-05-2018 2054 04-06-2018 0247
VIP     A12-201L   HOUSE A/RANGE 12/BED 201L     04-05-2018 1827 04-05-2018 2054
VIP     R01-001L   HOUSE R/RANGE 01/BED 001L     04-05-2018 1312 04-05-2018 1827
OKL     C07-330LH  HOUSE C/RANGE 07/BED 330L H   03-28-2018 1541 04-05-2018 0900
OKL     C12-427L   HOUSE C/RANGE 12/BED 427L     03-23-2018 1754 03-28-2018 1541
OKL     C11-901L   HOUSE C/RANGE 11/BED 901L     03-23-2018 1635 03-23-2018 1754




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```